**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KEVIN JOSEPH KELLY, et al.,** *Plaintiffs* v. **REALPAGE, INC. d/b/a On-Site, et al.,** *Defendants* | Case No. 2:19-cv-01706-JDW |

## ORDER

**AND NOW**, this 11th day of March, 2020, following a telephonic conference with counsel for the Parties, and upon consideration of Plaintiffs' Motion To Seal Testimony Filed in Support of Plaintiffs' Motion to Compel Class Composition Discovery (ECF No. 29), it **ORDERED** that Plaintiffs' Motion To Seal Testimony Filed in Support of Plaintiffs' Motion to Compel Class Composition Discovery (ECF No. 29) is **DENIED**. The Clerk of the Court shall unseal all filings in this case and place them on the public docket.

It is **FURTHER ORDERED** that, upon consideration of Plaintiffs' Motion to Compel Answers to Written Discovery Requests (ECF No. 30), Plaintiffs' Motion is **GRANTED IN PART** and **DENIED IN PART**.

It is **FURTHER ORDERED** as follows:

1. On or before March 24, 2020, Defendants shall respond to Plaintiffs' Interrogatory No. 6 by providing the total number of consumers to whom Defendants sent a consumer report that did not identify the source(s) from which Defendants obtained the information contained therein;

2. On or before March 24, 2020, Defendants shall provide to Plaintiffs all emails generated from consumers' web-based requests for consumer reports;

3. All deadlines regarding class certification in the Amended Scheduling Order (ECF No. 28) are **VACATED**, and the Parties shall promptly propose new deadlines for the motion for class certification, and response and reply thereto; and

4. Within one week from the date of this Order, the Parties shall submit a proposed protective order regarding third-party consumer data.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.