IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN JOSEPH KELLY, et al.,**<br><br>*Plaintiffs*,<br><br>v.<br><br>**REALPAGE, INC. d/b/a On-Site, et al.,**<br><br>*Defendants.* | Case No. 2:19-cv-01706-JDW |

# ORDER

AND NOW, this 18th day of December, 2020, upon review of Plaintiffs' Motion to Certify a Class Pursuant to Fed. R. Civ. P. 23 (ECF No. 44), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that Plaintiffs' Motion to Certify a Class (ECF No. 44) is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J