# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN JOSEPH KELLY, et al.,** *Plaintiffs* v. **REALPAGE, INC. d/b/a On-Site, et al.,** *Defendants* | Case No.  2:19-cv-01706-JDW |

## ORDER

And now, this 5th day of January, 2021, upon consideration of Plaintiffs' Motion For Reconsideration, Or, In The Alternative, Motion For Leave To File Renewed Motion For Class Certification (ECF No. 71), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.