IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KEVIN JOSEPH KELLY, et al., *Plaintiffs*, v. REALPAGE, INC. d/b/a On-Site, et al., *Defendants.* | Case No. 2:19-cv-01706-JDW |

## ORDER

**AND NOW**, this 14th day of May, 2021, upon review of Defendant's Motion for Partial Summary Judgment (ECF No. 76), for the reasons stated in the accompanying Memorandum, it is **ORDERED** that Defendant's Motion to Partial Summary Judgment (ECF No. 76) is **GRANTED**.

BY THE COURT:

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.