# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KEVIN JOSEPH KELLY, et al.,** *Plaintiffs*, v. **REALPAGE, INC. d/b/a On-Site, et al.,** *Defendants*. | Case No. 2:19-cv-01706-JDW |

## ORDER

**AND NOW**, this 17th day of January, 2023, upon notice that the Parties have settled the above-captioned matter, it is hereby **ORDERED** that Plaintiffs' action is **DISMISSED WITH PREJUDICE**, pursuant to Local Rule of Civil Procedure 41.1(b). Each party shall bear his or its own costs and attorneys' fees.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.